Form clmfldcredntc(clmfldcr)

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:* Daniel Morger    *Case No.:* 18–91221
*Debtor*

*Chapter:* 13

## *NOTICE TO CREDITOR THAT CLAIM HAS BEEN FILED*

*Notice to Alina Wright*

On 3/16/2019

☐ Daniel Morger ,
707 W Maple St
Champaign, IL 61820
, *debtor(s) in the above named case,*

☑ Joseph Camiel Pioletti,
UpRight Law LLC
107 E. Eureka St.
Eureka, IL 61530
, *debtor's attorney in the above named case*,

☐ Marsha L Combs−Skinner,
Chapter 13 Standing Bankruptcy Trustee
108 S. Broadway
PO Box 349
Newman, IL 61942
, *trustee in the above named case*,

filed a claim on your behalf. If you have not received a copy of the claim, please contact the party filing the claim on your behalf at the address given above or a copy of the claim is available online. This pleading may be viewed in the Bankruptcy Clerk's Office during regular business hours or on PACER (Public Access to Court Electronic Records).

*Dated:* 3/18/19

　　　　　　　　　　　　　　　　　　　　　　　　  /S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.